**Entered on Docket**
**July 28, 2008**
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

**Signed: July 25, 2008**



_____
**LESLIE TCHAIKOVSKY**
**U.S. Bankruptcy Judge**
_____

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>MARK ANTHONY HOLMES,<br><br>        Debtor.<br>_____/ | No. 08-40008 TG<br>Chapter 7<br>R.S. No. MAW 904 |

**MEMORANDUM RE MOTION FOR RELIEF FROM STAY**

      The motion of Mortgage Electronic Registration Systems, Inc., as nominee for People's Choice Home Loan, Inc., and its successors and assigns ("MERS") for relief from the automatic stay came on for hearing before the above-captioned Court on July 25, 2008 at 11:00 a.m. Appearances were stated on the record. The Court announced that it had some concerns, which it would set forth in writing, and continued the hearing to August 15, 2008 at 11:00 a.m. Those concerns are as follows:

      The Court is informed that MERS has neither an equitable interest in the secured claims that form the basis for the motions it files in bankruptcy court nor any servicing obligations. The Court is informed that MERS simply provides the name in which the real party in interest acts so that names need not be changed when the

underlying note changes hands.  In the instant case, a copy of the deed of trust, identifying the original lender as People's Choice Home Loans, Inc. ("People's Choice"), is attached to the motion. However, no copy of the promissory note is attached.  This causes the Court to wonder whether the note has been sold, and the motion is in fact being prosecuted for some other lender.  A copy of the note must be provided as part of the record for such motions and any transfers of the beneficial interest disclosed.

In addition, the declaration supporting the motion is signed by an employee of an entity named Popular Mortgage Servicing, Inc. ("Popular Mortgage"), which is identified as the servicing agent for MERS.  If MERS is merely a nominee, presumably the servicing agent is acting on behalf of the party holding the beneficial interest, not MERS.  If the Court is mistaken and Popular Mortgage has a servicing contract with MERS, a copy of the contract should be made a part of the record.  Otherwise, the declaration should be amended to correctly state the legal relationships.

END OF DOCUMENT

COURT SERVICE LIST

David Ashley Smyth
Smyth Law Offices
1990 N California Blvd. #830
Walnut Creek, CA 94596

Melodie A. Whitson
Pite Duncan, LLP
525 E. Main St.
P.O. Box 12289
El Cajon, CA 92022-2289